UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF VIRGIE HURD SPENCER A/K/A VIRGIE SPENCER; CAROL LANDIS HURD; ARROW FINANCIAL SERVICES, LLC; UNKNOWN HEIRS AND LEGATEES OF VIRGIE HURD SPENCER A/K/A VIRGIE SPENCER; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; <br><br> Defendants. | Case No.: 14-cv-5363 <br><br> Judge: Harry D. Leinenweber <br><br> Magistrate Judge: Sheila Finnegan |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

**CERTIFICATE OF SERVICE**

      I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on November 20, 2014, and on the following non-ECF filers by first class mailing November 21, 2014:


William P. Butcher as Special Representative
of the Estate of Virgie Hurd Spencer a/k/a Virgie Spencer
2044 Ridge Road
Homewood, IL 60430

Carol Landis Hurd
1013 Railton St.
Memphis, TN 38111

Arrow Financial
801 Adlai Stevenson Drive
Springfield, IL 62703

Unknown Heirs and Legatees of
Virgie Hurd Spencer a/k/a Virgie Spencer
10330 South Emerald Avenue
Chicago, Illinois 60628

Unknown Owners and Non-Record Claimants
10330 South Emerald Avenue
Chicago, Illinois 60628

                                                                  *s/Caleb J. Halberg*
                                                                  CALEB J. HALBERG
                                                                  Attorney for the United States
                                                                  223 W. Jackson Blvd., Suite 610
                                                                  Chicago, IL 60606
                                                                  (312) 263-0003
                                                                  chalberg@potestivolaw.com